**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

PIERRE HYPPOLITE GRAND,
*As Next of Friend to*

JHON PETER HYPPOLITE,

               Petitioner,

      v.

LADEON FRANCIS, *et al*.

             Respondents.

Case No. 25-cv-04304-NRM

**NOTICE OF APPERARANCE**

      PLEASE TAKE NOTICE that Marlene Berroa Rodriguez, Legal Fellow for the National

Immigration Law Center, hereby enters an appearance in the above-caption action as counsel on

behalf of Petitioner Jhon Peter Hyppolite. The undersigned certifies that she is admitted or

otherwise authorized to practice in this court.

Dated: September 16, 2025

*/s/ Marlene Berroa Rodriguez*
**NATIONAL IMMIGRATION
LAW CENTER**
P.O. Box 34573
Washington, D.C. 20034
Tel: (213) 639-3900
Fax: (213) 639-3911
Berroa@nilc.org