

September 26, 2025

The Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:** *Grand, et al. v. Francis*, **No. 1:25-cv-04304 (NRM)**
    **Petitioner's Unopposed Request to Seal and Redact the Docket.**

Dear Judge Morrison,

  At today's status conference, the Court requested that Petitioner file a letter indicating whether he sought to seal or redact any of the submissions in the docket. Petitioner respectfully requests that all exhibits submitted by both Petitioner and Respondents be sealed. This is appropriate because of the sensitive and personal nature of the exhibits, which include Petitioner's immigration applications and supporting documents. Further considering the public importance of this matter, Petitioner respectfully requests that the following documents be available for public viewing, with proposed redactions attached.

Redacted documents:[1]
- Petitioner's First Amended Petition
- Petitioner's Declaration
- Petitioner's Reply

  Counsel for Petitioner have conferred with counsel for Respondents, who does not oppose this application.

Respectfully submitted,

*/s/ Cassandra Charles*
Cassandra Charles
Kevin Siegel
Marlene Berroa Rodriguez
**NATIONAL IMMIGRATION LAW CENTER**
P.O. Box 34573
Washington, D.C. 20034
Tel: (213) 639-3900
Fax: (213) 639-3911

---

[1] We have reviewed Respondent's Opposition brief and do not believe there is anything that requires redaction.

1

charles@nilc.org
siegel@nilc.org
berroa@nilc.org