## Declaration of JHON PETER HYPPOLITE

I, Jhon Peter Hyppolite, hereby declare under the penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18 and competent to testify. I am making this declaration based on my personal knowledge except where I have indicated otherwise. If called as a witness, I could and would testify competently and truthfully to these matters.

2. I explained all the foregoing facts to my lawyers. I reviewed this declaration with my lawyers, in Haitian Creole, and I swear that is it truthful and accurate to the best of my knowledge and recollection.

3. I do not have a criminal history in Haiti, the United States, or elsewhere, and I have never been deported.

4. On July 8, 2025, I was taken into custody by the Department of Homeland Security (DHS) immediately after appearing in immigration court for a scheduled master calendar hearing in my immigration case. At the hearing, the Immigration Judge (IJ) adjourned my case to February 3, 2026. As soon as I stepped out of the courtroom, I was detained by DHS.

5. When I asked the DHS officer why I was being detained, he did not provide an answer. He asked if I had been granted Temporary Protected Status (TPS), and I informed him that my application was still pending. Then he asked if I was a legal permanent resident, to which I responded no. After that exchange, I was instructed to remove the shoelaces from my shoes, and my hands and ankles were subsequently handcuffed. I was then taken to 26 Federal Plaza. To this day, I have not been given a reason for my detention.

6. My U.S. citizen father, who was with me at the hearing for support, was also detained by DHS for a short time. He was released when his immigration status was confirmed.

7. When I arrived at 26 Federal Plaza, I tried to ask the DHS officers again why I had been detained but was only met with hostility. One officer yelled at me for asking and she threatened if I kept asking, I would make things worse for myself. I spent 6 days detained at 26 Federal Plaza, with little food or water, limited access to bathroom facilities and a shower, and having to sleep on the floor with no linens. Thereafter, I was transferred to the Metropolitan Detention Center (MDC), where I've remained detained since and the conditions are not much better.

8. On the day before I left 26 Federal Plaza, an officer asked if I wanted to voluntarily return to Haiti. I said no. When I asked what would happen since I refused to voluntarily depart, the DHS officer said I would receive an earlier court date in my immigration case, replacing the February 3, 2026 date that had just been granted by the IJ a few days prior.

9. I was born on ▮▮▮▮▮▮▮▮, in ▮▮▮▮▮, Haiti. I understand and speak Haitian Creole fluently.

10. Growing up in Haiti was difficult. Haiti, especially my home city of ▮▮▮▮▮, is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

11. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

12. ██████████████████████████████████████
    ███████████████████████████████████
    ███████████████████████████████████
    ███████████████████████████████████
    ██████████████████████████████
    ██.

13. ██████████████████████████████████████
    ███████████████████████████████████
    ███████████████████████████████████
    ██████████████████████

14. ██████████████████████████████████████
    ███████████████████████████████████
    ███████████████████████████████████
    ███████████████████████████████████.

15. ██████████████████████████████████████
    ███████████████████████████████████
    ███████████████████████████████████
    ██████████████████████████████

16. ██████████████████████████████████████
    ██████████████████████████

17. ██████████████████████████████████████
    ████████████.

18. Later in 2019, ███████████████████████. I was only 16 years old. ███
███████████.

19. 

20. ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████.

21. ███████████, I travelled to the U.S., by foot, through Central America. Once I arrived in Panama, I took a bus to the Mexican border. I do not have lawful status in any of the countries I passed through.

22. I entered the United States via the CBP One app on December 19, 2022. I entered the U.S. alone with no other members of my immediate family. I was granted parole and issued an I-94 that was valid until December 18, 2023.

23. While at the border, the immigration officer only asked me a few questions, like where my father lives and the address where I would be residing while in the U.S. After that, my picture and fingerprints were taken, and I was released with no conditions and was not required to check in with the government. I had no reason to think that I would be detained again. I've appeared at every immigration court hearing that's been scheduled for me.

24. On November 4, 2023, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ My siblings have been relying on me getting a job in the U.S. to take care of them.

25. While in the U.S., I applied for TPS in January 2025. I received a receipt that my application was received but, to date, my TPS application remains pending.

26. I initially applied for asylum in November 2024. I completed the submission with the help of a consultant, who is not an attorney. Unfortunately, my application was rejected because of deficiencies. I resubmitted the application again, without the assistance of counsel, in April 2025 and it was rejected again.

27. I was only able to get an immigration attorney after I was detained. My attorney, Keiana James of The Bronx Defenders, was assigned to me as part of the New York Family Immigrant Unity Project (NYFIUP).

28. On September 2, 2025, with Attorney James's assistance, I resubmitted my asylum application for the third time, and it was finally accepted. I've complied with everything that the court and DHS have asked of me since being in the United States.

29. I applied for employment authorization in May 2025, based on my pending asylum petition. I received my employment authorization document (EAD) a few days before I was detained by DHS.

30. Again, with the help of Attorney James, my U.S. citizen father also filed a Form I-130, Petition for Alien Relative, on my behalf in August 2025. My father received a receipt from the U.S. Citizenship and Immigration Services (USCIS) confirming that the agency

has received the petition. As of the date of this declaration, the petition remains in process.

31. The day I was detained, I technically wasn't even supposed to be there. I never received notice of the court date. A few days before July 8th, I happened to check the EOIR Automated Case Information System (ACIS) online and that is how I learned about the court appearance. Even though I didn't receive any notice from the court, I showed up because I thought that was what I was supposed to do. I would have never imagined that I would be detained for following the rules.

32. Before I was detained, I was able to get my GED. And although I was not working yet—because my EAD was not yet granted—I was a caregiver for my elderly father and aunt, who suffered a stroke a couple of years ago that left her paralyzed. When I could, I would also help my cousin with her 4-year-old daughter, so she didn't have to miss days of work.

33. I am not a danger or a flight risk. If I am released, I will reunite with my family in the United States. My father and sisters live in ▇▇▇▇▇▇▇▇ and my aunt and cousin live in ▇▇▇▇▇▇▇▇.

Dated: September 18, 2025

_____
JHON PETER HYPPOLITE